# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
TONY'S SPORTS INC. §    Case No. 03-49920
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on           . The case was converted to one under Chapter 7 on            . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Payments to the debtor

      Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

     6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 03-49920 | SPS | Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TONY'S SPORTS INC. | | | | Date Filed (f) or Converted (c): | 07/27/04 (c) |
| | | | | | 341(a) Meeting Date: | 09/09/04 |
| For Period Ending: | 07/30/10 | | | | Claims Bar Date: | 04/11/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REFUND OF OVERPAID QUARTERLY FEES (u) | 0.00 | 0.00 | | 250.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 815.79 | Unknown |
| 3. CASH | 200.00 | 0.00 | | 47.00 | FA |
| 4. CHECKING ACCT<br>   DEVON BANK | 5,000.00 | Unknown | DA | 0.00 | 0.00 |
| 5. AUDIO, VIDEO, AND COMPUTER EQUIP<br>   SURVEILLANCE CAMERA, DIGITAL RECORDER, 1 STEREO, 1 CASH REGISTER | 4,000.00 | Unknown | DA | 0.00 | 0.00 |
| 6. AUTOMOBILE<br>   2003 CADILAC CTS (LEASED)(30,000 MILES) | 19,800.00 | Unknown | DA | 0.00 | 0.00 |
| 7. OFFICE EQUIPMENT & FURNISHINGS<br>   2 DESKS, 1 COUNTER, 1 CASH REGISTER | 1,000.00 | Unknown | DA | 0.00 | 0.00 |
| 8. 40 DISPLAY FIXTURES | 1,000.00 | Unknown | DA | 0.00 | 0.00 |
| 9. INVENTORY | 320,000.00 | Unknown | DA | 0.00 | 0.00 |
| 10. LETTER OF CREDIT TO TIMBERLAND | 25,000.00 | 0.00 | | 13,000.00 | FA |
| 11. SETTLEMENT OF ADVERSARY (u) | Unknown | Unknown | | 35,600.00 | FA |
| 12. PRUDENTIAL INSURANCE POLICY | 19,446.96 | 0.00 | DA | 0.00 | 0.00 |
| 13. A/R - JOSEPH KIM LOAN | 33,600.00 | Unknown | DA | 0.00 | 0.00 |
| 14. TAX REFUND (u) | 0.00 | Unknown | | 117.00 | FA |
| TOTALS (Excluding Unknown Values) | $429,046.96 | $0.00 | | $49,829.79 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

Ver: 15.10d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 03-49920  SPS  Judge: SUSAN PIERSON SONDERBY | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: TONY'S SPORTS INC. | Date Filed (f) or Converted (c): 07/27/04 (c) |
| | 341(a) Meeting Date: 09/09/04 |
| | Claims Bar Date: 04/11/05 |

- Final Report filed w/ USTR 6/25/10
- sought to collect judgment against Ms. Fernandez

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 03-49920 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | TONY'S SPORTS INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758809107  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7265 | | | |
| For Period Ending: | 07/30/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/04 | 1 | UNITED STATES TREASURY | US TRUSTEE QUARTERLY FEES refund | 1290-000 | 250.00 | | 250.00 |
| 11/30/04 | 2 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.02 | | 250.02 |
| 12/31/04 | 2 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.02 | | 250.04 |
| 01/31/05 | 2 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.02 | | 250.06 |
| 02/18/05 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 1700 210 BARONNE STREET NEW ORLEANS LA | ANNUAL BOND PREMIUM #016026455 2/1/05-2/1/06 | 2300-000 | | 0.16 | 249.90 |
| 02/28/05 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.05 | | 249.95 |
| 03/31/05 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.05 | | 250.00 |
| 04/29/05 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.05 | | 250.05 |
| 05/16/05 | 3 | ANDREW J. MAXWELL | RCPTS - LIQUID. OF PERSONAL PROP. TRUSTEE RECOVERED $ FROM CASH DRAWER ON LOCATION | 1121-000 | 47.00 | | 297.05 |
| 05/31/05 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.06 | | 297.11 |
| 06/30/05 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.06 | | 297.17 |
| 07/29/05 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.06 | | 297.23 |
| 08/31/05 | 2 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.16 | | 297.39 |
| 09/30/05 | 2 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.15 | | 297.54 |
| 10/31/05 | 2 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.15 | | 297.69 |
| 11/30/05 | 2 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.15 | | 297.84 |
| 12/30/05 | 2 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.15 | | 297.99 |
| 01/31/06 | 2 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.16 | | 298.15 |
| 02/28/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.21 | | 298.36 |
| * 02/28/06 | 000102 | INTERNATIONAL SURETIES, LTD. SUITE 500 203 CARONDELET ST. NEW ORLEANS LA 70130 | BOND # 016026455 | 2300-003 | | 0.22 | 298.14 |

Page Subtotals    298.52    0.38

Ver: 15.10d

LFORM24
UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 03-49920 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TONY'S SPORTS INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 3758809107  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7265 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/02/06 | 000102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 500<br>203 CARONDELET ST.<br>NEW ORLEANS LA 70130 | BOND # 016026455<br>WRONG AMT | 2300-003 | | -0.22 | 298.36 |
| 03/07/06 | 11 | CONVERSE INC. | SETTLEMENT | 1241-000 | 5,000.00 | | 5,298.36 |
| 03/31/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 3.24 | | 5,301.60 |
| 04/12/06 | 11 | ENYCE, L.L.C.<br>1 CLAIBORNE AVE<br>NORTH BERGEN, NJ 07047 | SETTLEMENT - ENYCE ADV | 1241-000 | 8,000.00 | | 13,301.60 |
| 04/26/06 | 11 | REEBOK INTERNATIONAL LTD<br>1895 J.W. FOSTER BLVD.<br>CANTON, MA 02021 | SETTLEMENT- REEBOK ADV | 1241-000 | 5,000.00 | | 18,301.60 |
| 04/28/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.40 | | 18,309.00 |
| 05/22/06 | 11 | ADIDAS SALES<br>5055 N. GREELEY AVE<br>PORTLAND, OR 97217 | SETTLEMENT - ADIDAS ADV | 1141-000 | 8,600.00 | | 26,909.00 |
| 05/31/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 17.19 | | 26,926.19 |
| 06/30/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 22.13 | | 26,948.32 |
| 07/20/06 | 10 | TIMBERLAND<br>200 DOMAIN DRIVE<br>STRATHAM, NH 03885 | SETTLEMENT - TIMBERLAND ADV | 1141-000 | 13,000.00 | | 39,948.32 |
| 07/31/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 25.72 | | 39,974.04 |
| 08/02/06 | 000103 | EASTWOOD-STEIN DEPOSITION<br>MANAGEMENT<br>11 SOUTH LASALLE STREET<br>SUITE 900<br>CHICAGO, IL 60603 | DEPOSITION SERVICES<br>TRANSCRIPT KIM 10/26/05 $173.60<br>TRANSCRIPT FERNANDEZ 11/15/05 $213.20<br>KIM ATTEND FEE $95.00 | 2990-000 | | 481.80 | 39,492.24 |
| 08/04/06 | 000104 | PARALEGAL SERVICES OF CHICGO, INC.<br>221 N. LASALLE STREET | SERVICE FOR RULE 2004 EXAM<br>INV DATED 8.23.05 | 2990-000 | | 175.00 | 39,317.24 |

Page Subtotals    39,675.68    656.58

Ver: 15.10d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 03-49920 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TONY'S SPORTS INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758809107  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7265 | | | |
| For Period Ending: | 07/30/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60601-1305 | | | | | |
| 08/31/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 33.69 | | 39,350.93 |
| 09/11/06 | 11 | MITCHELL & NESS NOSTALGIA CO. | PREFERENCE / FRAUDULENT TRANS | 1241-000 | 9,000.00 | | 48,350.93 |
| | | PHILADELPHIA, PA 19107 | | | | | |
| 09/29/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 36.76 | | 48,387.69 |
| 10/31/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 41.10 | | 48,428.79 |
| 11/30/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 39.80 | | 48,468.59 |
| 12/29/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 41.16 | | 48,509.75 |
| 01/31/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 41.21 | | 48,550.96 |
| 02/05/07 | 000105 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 34.54 | 48,516.42 |
| | | SUITE 500 | BOND# 016026455 | | | | |
| | | 203 CARONDELET ST. | | | | | |
| | | NEW ORLEANS LA 70130 | | | | | |
| 02/28/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 37.23 | | 48,553.65 |
| 03/30/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 41.24 | | 48,594.89 |
| 04/30/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 39.94 | | 48,634.83 |
| 05/31/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 41.31 | | 48,676.14 |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 40.00 | | 48,716.14 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 41.38 | | 48,757.52 |
| 08/07/07 | | Transfer to Acct #4429208007 | TRANSFER TO WRITE CHECKS | 9999-000 | | 607.22 | 48,150.30 |
| 08/31/07 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 41.01 | | 48,191.31 |
| 09/28/07 | 2 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 30.70 | | 48,222.01 |
| 10/31/07 | 2 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 30.72 | | 48,252.73 |
| 11/30/07 | 2 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 25.78 | | 48,278.51 |
| 12/31/07 | 2 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 23.08 | | 48,301.59 |
| 01/31/08 | 2 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 19.14 | | 48,320.73 |
| 02/29/08 | 2 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 11.49 | | 48,332.22 |
| 03/27/08 | 000106 | INTERNATIONAL SURETIES, LTD. | BOND# 016026455 | 2300-000 | | 42.32 | 48,289.90 |

Page Subtotals     9,656.74     684.08

Ver: 15.10d

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 03-49920 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TONY'S SPORTS INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758809107  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7265 | | | |
| For Period Ending: | 07/30/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/31/08 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 11.42 | | 48,301.32 |
| 04/30/08 | 2 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 9.90 | | 48,311.22 |
| 05/30/08 | 2 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 6.13 | | 48,317.35 |
| 06/30/08 | 2 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 5.95 | | 48,323.30 |
| 07/18/08 | | Transfer to Acct #4429208007 | TRANSFER TO WRITE CHECKS | 9999-000 | | 23.20 | 48,300.10 |
| 07/31/08 | 2 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 6.14 | | 48,306.24 |
| 08/29/08 | 2 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 6.13 | | 48,312.37 |
| 09/30/08 | 2 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.95 | | 48,318.32 |
| 10/31/08 | 2 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 4.69 | | 48,323.01 |
| 11/28/08 | 2 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 3.96 | | 48,326.97 |
| 12/29/08 | 14 | UNITED STATES TREASURY | REFUND | 1224-000 | 117.00 | | 48,443.97 |
| 12/31/08 | 2 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.43 | | 48,446.40 |
| 01/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 48,446.81 |
| 02/09/09 | | Transfer to Acct #4429208007 | Bank Funds Transfer | 9999-000 | | 45.00 | 48,401.81 |
| 02/27/09 | 2 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 48,402.18 |
| 03/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 48,402.59 |
| 04/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.06 | | 48,403.65 |
| 05/29/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,404.87 |
| 06/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 48,406.07 |
| 07/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.23 | | 48,407.30 |
| 08/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.23 | | 48,408.53 |
| 09/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 48,409.72 |
| 10/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,410.94 |
| 11/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 48,412.14 |
| 12/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.23 | | 48,413.37 |
| 01/20/10 | | Transfer to Acct #4429208007 | TRANSFER TO WRITE CHECKS | 9999-000 | | 25.00 | 48,388.37 |

Page Subtotals      191.67      93.20

Ver: 15.10d

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 03-49920 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TONY'S SPORTS INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758809107  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7265 | | | |
| For Period Ending: | 07/30/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,389.59 |
| 02/15/10 | 000107 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PREMIUM BOND# 016026455 | 2300-000 | | 53.92 | 48,335.67 |
| 02/26/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.11 | | 48,336.78 |
| 03/31/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.24 | | 48,338.02 |
| 04/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 48,339.21 |
| 05/28/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,340.43 |
| 06/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 48,341.63 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 49,829.79 | 1,488.16 | 48,341.63 |
| Less: Bank Transfers/CD's | 0.00 | 700.42 | |
| Subtotal | 49,829.79 | 787.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 49,829.79 | 787.74 | |

Page Subtotals          7.18          53.92

Ver: 15.10d

LFORM24

UST Form 101-7-TFR (9/1/2009) (Page: 9)

FORM 2

Page: 6

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 03-49920 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TONY'S SPORTS INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208007  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7265 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/07/07 | | Transfer from Acct #3758809107 | TRANSFER TO WRITE CHECKS | 9999-000 | 607.22 | | 607.22 |
| * 08/07/07 | 001001 | TONY FERNANDEZ | REIMB DEPOSITION TRAVEL EXPENSE MARGARITA FERNANDEZ | 2990-004 | | 218.80 | 388.42 |
| 08/07/07 | 001002 | INTERPRENET, LTD. 27 NORTH WACKER DRIVE SUITE 270 CHICAGO, IL 60606 | DEPOSITION EXPENSE  7/2/07 INV# 074029 | 2990-000 | | 195.00 | 193.42 |
| 08/07/07 | 001003 | JENSEN COURT REPORTING 205 WEST RANDOLPH STREET 5TH FLOOR CHICAGO, IL 60606 | INV# 147251  JOB# 37148 DEPOSITION- MARGARITA FERNANDEZ | 2990-000 | | 193.42 | 0.00 |
| * 01/10/08 | 001001 | TONY FERNANDEZ | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2990-004 | | -218.80 | 218.80 |
| 07/10/08 | 001004 | UNITED STATES TREASURY | FORM 4506 REQUEST - 1120s TAX RETURN COPIES - 2002/2003/2004 | 2990-000 | | 117.00 | 101.80 |
| 07/18/08 | | Transfer from Acct #3758809107 | TRANSFER TO WRITE CHECKS | 9999-000 | 23.20 | | 125.00 |
| 07/18/08 | 001005 | GREATER ILLINOIS TITLE CO | ACCT 0103736-000 ORDER# 00998829 SHERIDAN PROPERTY TITLE | 2990-000 | | 125.00 | 0.00 |
| 02/09/09 | | Transfer from Acct #3758809107 | Bank Funds Transfer | 9999-000 | 45.00 | | 45.00 |
| 02/09/09 | 001006 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS BOND # 016026455 | 2300-000 | | 45.00 | 0.00 |
| 01/20/10 | | Transfer from Acct #3758809107 | TRANSFER TO WRITE CHECKS | 9999-000 | 25.00 | | 25.00 |
| 01/20/10 | 001007 | PNA Bank 7840 N. Milwaukee Ave. Niles, IL 60714 | document production Maxwell v. Fernandez | 2990-000 | | 25.00 | 0.00 |

Page Subtotals         700.42        700.42

Ver: 15.10d

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 10)*

FORM 2

Page: 7

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 03-49920 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TONY'S SPORTS INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208007 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7265 | | |
| For Period Ending: | 07/30/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 700.42 | 700.42 | 0.00 |
| Less: Bank Transfers/CD's | 700.42 | 0.00 | |
| Subtotal | 0.00 | 700.42 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 700.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 3758809107 | 49,829.79 | 787.74 | 48,341.63 |
| Checking Account (Non-Interest Earn - 4429208007 | 0.00 | 700.42 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 49,829.79 | 1,488.16 | 48,341.63 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 15.10d

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 03-49920 | | Page 1 | | | Date: July 30, 2010 |
| Debtor Name: | TONY'S SPORTS INC. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010 | Liz Claiborne Inc & Subsidiaries<br>1 Claiborne Avenue<br>North Bergen, NJ  07047<br>Attn: Jeff Ansell, HQ2,  8th FL | Unsecured | Filed 05/10/04 | $0.00 | $40,584.53 | $0.00 |
| 000031 | Liz Claiborne Inc & Subsidiaries<br>1 Claiborne Avenue<br>North Bergen, NJ  07047<br>Attn: Jeff Ansell, HQ2,  8th FL | Unsecured | Filed 05/26/06 | $0.00 | $40,584.53 | $0.00 |
| 025<br>2100-00 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO,  ILLINOIS 60603<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $5,732.86 | $5,732.86 |
| 000012<br>025<br>2100-00 | United States Trustee<br>227 West Monroe<br>Suite 3350<br>Chicago IL 60606 | Administrative | Filed 08/11/04<br>CLAIM NO. 13 AMENDS THIS CLAIM | $0.00 | $2,250.00 | $0.00 |
| 000013<br>025<br>2100-00 | United States Trustee<br>227 West Monroe<br>Suite 3350<br>Chicago IL 60606 | Administrative | Filed 09/09/04<br>THIS CLAIM AMENDS CLAIM NO.12 | $0.00 | $125.00 | $125.00 |
| 025<br>2700-00 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL | Administrative | | $0.00 | $2,000.00 | $2,000.00 |
| 025<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $64,670.50 | $64,670.50 |
| 025<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $1,020.55 | $1,020.55 |
| 025<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $3,010.00 | $3,010.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 03-49920 | | Page 2 | | | Date: July 30, 2010 |
| Debtor Name: | TONY'S SPORTS INC. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007 061 5200-00 | ILLINOIS DEPARTMENT OF REVENUE 100 W RANDOLPH ST LEVEL 7-425 CHICAGO, IL 60601 | Priority | Filed 03/15/04 | $0.00 | $5,807.00 | $5,807.00 |
| 000011 061 5200-00 | ILLINOIS DEPARTMENT OF REVENUE 100 W RANDOLPH ST LEVEL 7-425 CHICAGO, IL 60601 | Priority | Filed 06/17/04 CLAIM NO. 15 AMENDS THIS CALIM | $0.00 | $473.00 | $0.00 |
| 000015 061 5200-00 | ILLINOIS DEPARTMENT OF REVENUE 100 W RANDOLPH ST LEVEL 7-425 CHICAGO, IL 60601 | Priority | Filed 09/15/04 CLAIM AMENDS CLAIM NO. 11 | $0.00 | $23,869.76 | $23,869.76 |
| 000016 061 5200-00 | ILLINOIS DEPARTMENT OF REVENUE 100 W RANDOLPH ST LEVEL 7-425 CHICAGO, IL 60601 | Priority | Filed 09/15/04 | $0.00 | $5,073.40 | $5,073.40 |
| 000001 070 7100-00 | Jimlar Corporation Frye Company, a Division c/o Teller, Levitt and Silvertrust 11 East Adams Street, 8th Floor Chicago, IL 60603 | Unsecured | Filed 12/31/03 DUPLICATES CLAIM NO. 19 | $0.00 | $11,882.56 | $11,882.56 |
| 000002 070 7100-00 | On Field Apparel Group 8677 Logo Athletic Court Indianapolis, IN 46219 | Unsecured | Filed 01/09/04 | $0.00 | $723.30 | $723.30 |
| 000003 070 7100-00 | Gilmar USA, Inc. c/o Abrams & Abrams. PC 75 E. Wacker Drive Chicago, IL 60601 | Unsecured | Filed 01/12/04 AMENDED BY CLAIM NO 14 | $0.00 | $208,547.00 | $0.00 |
| 000004 070 7100-00 | Reebok International, Ltd. 1895 JW Foster Blvd Canton, MA 02021 | Unsecured | Filed 01/15/04 | $0.00 | $10,158.01 | $10,158.01 |
| 000005 070 7100-00 | GMAC Commercial Finance LLC Attn: Craig Galletto 1290 Avenue of the Americas 3rd fl New York, NY 10104 | Unsecured | Filed 01/20/04 CLAIM REDUCED TO GUC IN AMT OF $1,260.12 PER O/C | $0.00 | $2,949.52 | $1,260.12 |
| 000006 070 7100-00 | Rosenthal & Rosenthal, INC c/o Donald S Leonard 1370 Broadway New York NY 10018 | Unsecured | Filed 01/21/04 | $0.00 | $4,067.09 | $4,067.09 |
| 000008 070 7100-00 | Gilmar USA, Inc. c/o Abrams & Abrams. PC 75 E. Wacker Drive Chicago, IL 60601 | Unsecured | Filed 04/02/04 DISALLOWED AS DUPLICATE OF CLAIM NO. 3 CLAIM NO. 14 FILED AS AMENDMENT TO CLAIM NO. 8 ALSO | $0.00 | $208,547.00 | $0.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 03-49920 | | Page 3 | | | Date: July 30, 2010 |
| Debtor Name: | TONY'S SPORTS INC. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | American Needle 1275 Bush Parkway Buffalo Grove, IL 60089 | Unsecured | Filed 04/22/04 | $0.00 | $5,469.79 | $5,469.79 |
| 000014 070 7100-00 | Gilmar USA, Inc. c/o Abrams & Abrams. PC 75 E. Wacker Drive Chicago, IL 60601 | Unsecured | Filed 09/13/04 CLAIM NO 3 DUPLICATE OF CLAIM NO. 8 CLAIM NO. 8 DISALLOWED AS DUPLICATE CLAIM NO. 14 FILED TO AMEND 8 | $0.00 | $208,547.00 | $208,547.00 |
| 000017 070 7100-00 | The Timberland Company Attn Carol Sullivan 200 Domain Drive Stratham, NH 03885 | Unsecured | Filed 01/03/05 | $0.00 | $18,271.08 | $18,271.08 |
| 000018 070 7100-00 | Azzure Denim 1164 Millers Lane Virginia Beach, VA 23451 | Unsecured | Filed 01/24/05 | $0.00 | $5,062.35 | $5,062.35 |
| 000019 070 7100-00 | Jimlar Corporation Frye Company, a Division c/o Teller, Levitt and Silvertrust 11 East Adams Street, 8th Floor Chicago, IL 60603 | Unsecured | Filed 01/26/05 DUPLICATES CLAIM NO 1 | $0.00 | $11,882.56 | $0.00 |
| 000020 070 7100-00 | NIAD Industries, LLC ERVINGeoffrey 237 West 37th Street 14th Flr New York, NY 10018 | Unsecured | Filed 01/26/05 | $0.00 | $13,836.68 | $13,836.68 |
| 000021 070 7100-00 | Gilmar USA, Inc. c/o Abrams & Abrams. PC 75 E. Wacker Drive Chicago, IL 60601 | Unsecured | Filed 01/27/05 DUPLICATE OF CLAIMS NO. 14 & 23 | $0.00 | $208,547.00 | $0.00 |
| 000022 070 7100-00 | Global Brand Marketing c/o Leonard O Abrams 75 E Wacker Drive Chicago, IL 60601 | Unsecured | Filed 01/27/05 | $0.00 | $2,087.29 | $2,087.29 |
| 000023 070 7100-00 | Gilmar USA, Inc. c/o Abrams & Abrams. PC 75 E. Wacker Drive Chicago, IL 60601 | Unsecured | Filed 01/27/05 DUPLICATE OF CLAIMS NO. 14 & 21 | $0.00 | $208,729.00 | $0.00 |
| 000024 070 7100-00 | City of Chicago Chicago Dept of Revenue Attn Business Bankruptcy 333 S State - Suite 540 Chicago, IL 60604 | Unsecured | Filed 01/28/05 | $0.00 | $300.00 | $300.00 |
| 000025 070 7100-00 | City of Chicago Chicago Dept of Revenue Attn Business Bankruptcy 333 S State - Suite 540 Chicago, IL 60604 | Unsecured | Filed 01/28/05 | $0.00 | $525.52 | $525.52 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 03-49920 | | Page 4 | | | Date: July 30, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | TONY'S SPORTS INC. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 000026 070 7100-00 | American Needle 1275 Bush Parkway Buffalo Grove, IL 60089 | Unsecured | Filed 01/28/05 | $0.00 | $5,469.79 | $5,469.79 |
| 000027 070 7100-00 | Mitchell and Ness 121 S Broad St 4th Flr Philadelphia, PA 19107-4914 | Unsecured | Filed 01/31/05 | $0.00 | $38,878.60 | $38,878.60 |
| 000028 070 7100-00 | CIT Technology Financing Weltman Weinberg and Reis Co 175 S Third St Suite 900 Columbus, OH 43215 | Unsecured | Filed 02/03/05 | $0.00 | $8,133.23 | $8,133.23 |
| 000029 070 7100-00 | CIT Technology Financing Weltman Weinberg and Reis Co 175 S Third St Suite 900 Columbus, OH 43215 | Unsecured | Filed 02/03/05 | $0.00 | $2,826.58 | $2,826.58 |
| 000030 070 7100-00 | Physical Culture Supply Co 16 North Water St Suite #115 Greenwich, CT 06830-5329 | Unsecured | Filed 04/08/05 | $0.00 | $6,327.85 | $6,327.85 |
| | Case Totals: | | | $0.00 | $1,386,969.93 | $455,135.91 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 03-49920
Case Name: TONY'S SPORTS INC.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $_____ | $_____ |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: POPOWCER KATTEN, LTD. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: CLERK OF US BANKRUPTCY COURT | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000007 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ |
| 000015 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ |
| 000016 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Jimlar Corporation | $ | $ |
| 000002 | On Field Apparel Group | $ | $ |
| 000004 | Reebok International, Ltd. | $ | $ |
| 000005 | GMAC Commercial Finance LLC | $ | $ |
| 000006 | Rosenthal & Rosenthal, INC | $ | $ |
| 000009 | American Needle | $ | $ |
| 000014 | Gilmar USA, Inc. | $ | $ |
| 000017 | The Timberland Company | $ | $ |
| 000018 | Azzure Denim | $ | $ |
| 000020 | NIAD Industries, LLC | $ | $ |
| 000022 | Global Brand Marketing | $ | $ |
| 000024 | City of Chicago | $ | $ |
| 000025 | City of Chicago | $ | $ |
| 000026 | American Needle | $ | $ |
| 000027 | Mitchell and Ness | $ | $ |
| 000028 | CIT Technology Financing | $ | $ |
| 000029 | CIT Technology Financing | $ | $ |
| 000030 | Physical Culture Supply Co | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  The amount of surplus returned to the debtor after payment of all claims and interest is $_____.