# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TONY'S SPORTS INC. | § | Case No. 03-49920 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF COURT
          UNITED STATES BANKRUPTCY CT.
          219 S. DEARBORN STREET
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/08/2010 in Courtroom 642,
          United States Courthouse
          219 S. Dearborn
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/02/2010                By: /s/ Andrew J. Maxwell
                                                    Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
TONY'S SPORTS INC. § Case No. 03-49920
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 49,831.01 |
| and approved disbursements of | $ | 1,488.16 |
| leaving a balance on hand of[1] | $ | 48,342.85 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
$

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 3,698.93 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 40,835.96 | $ 644.42 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: POPOWCER KATTEN, LTD. | $ 1,900.65 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: CLERK OF US BANKRUPTCY COURT | $ 1,262.89 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 34,750.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000007* | ILLINOIS DEPARTMENT OF REVENUE | $ 5,807.00 | $ 0.00 |
| *000015* | ILLINOIS DEPARTMENT OF REVENUE | $ 23,869.76 | $ 0.00 |
| *000016* | ILLINOIS DEPARTMENT OF REVENUE | $ 5,073.40 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 343,826.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Jimlar Corporation | $ 11,882.56 | $ 0.00 |
| 000002 | On Field Apparel Group | $ 723.30 | $ 0.00 |
| 000004 | Reebok International, Ltd. | $ 10,158.01 | $ 0.00 |
| 000005 | GMAC Commercial Finance LLC | $ 1,260.12 | $ 0.00 |
| 000006 | Rosenthal & Rosenthal, INC | $ 4,067.09 | $ 0.00 |
| 000009 | American Needle | $ 5,469.79 | $ 0.00 |
| 000014 | Gilmar USA, Inc. | $ 208,547.00 | $ 0.00 |
| 000017 | The Timberland Company | $ 18,271.08 | $ 0.00 |
| 000018 | Azzure Denim | $ 5,062.35 | $ 0.00 |
| 000020 | NIAD Industries, LLC | $ 13,836.68 | $ 0.00 |
| 000022 | Global Brand Marketing | $ 2,087.29 | $ 0.00 |
| 000024 | City of Chicago | $ 300.00 | $ 0.00 |
| 000025 | City of Chicago | $ 525.52 | $ 0.00 |
| 000026 | American Needle | $ 5,469.79 | $ 0.00 |
| 000027 | Mitchell and Ness | $ 38,878.60 | $ 0.00 |
| 000028 | CIT Technology Financing | $ 8,133.23 | $ 0.00 |
| 000029 | CIT Technology Financing | $ 2,826.58 | $ 0.00 |
| 000030 | Physical Culture Supply Co | $ 6,327.85 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 2                  Date Rcvd: Aug 03, 2010
Case: 03-49920                Form ID: pdf006             Total Noticed: 60

The following entities were noticed by first class mail on Aug 05, 2010.
db          +Tony's Sports Inc,    3941-3945 N Sheridan Road,     Chicago, IL 60613-2936
aty         +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street Ste 3200,
              Chicago, IL 60603-6209
aty         +Daniel E Budorick,    Maxwell & Potts LLC,    105 West Adams Suite 3200,    Chicago, IL 60603-6209
aty         +Donald L Johnson,    33 N Dearborn St,    Chicago, IL 60602-3102
aty         +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
aty         +Julie A Boynton,    Donald L. Johnson, P.C.,    33 North Dearborn St.,    Suite 1401,
              Chicago, IL 60602-3874
aty         +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,
              750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL 60089-2071
aty         +Steven S. Potts,    Attorney at Law,    2349 Walters Avenue,    Northbrook, IL 60062-4531
tr          +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
8381017     +Adidas America,    5675 N. Blackstock Road,    Spartanburg, SC 29303-6329
7572400     +American Needle,    1275 Bush Parkway,    Buffalo Grove, IL 60089-4536
8908370     +CIT Technology Financing,    Weltman Weinberg and Reis Co,    175 S Third St Suite 900,
              Columbus, OH 43215-5177
8381018     +Capital Factors, Inc,    P O Box 628067,    Orlando, FL 32862-8067
7572402      Capital Factors, Inc.,    P.O. Box 825522,    Miami, FL 33182
7572403     +Century Business Credit,    P.O. Box 360826,    Pittsburgh, PA 15250-6826
7572404      Chicago Transit Authority,    Merchandise Mart Plaza,    P.O. Box 3555,    Chicago, IL 60054
8381019     +Cingular Wireless,    P O Box 6428,    Carol Stream, IL 60197-6428
8890863     +City of Chicago,    Chicago Dept of Revenue,    Attn Business Bankruptcy,    333 S State - Suite 540,
              Chicago, IL 60604-3992
7572405     +Converse, Inc.,    P.O. Box 60272,    Charlotte, NC 28260
7572406     +Devanlay, USA, Inc.,    551 Madison Avenue, Suite 1300,    New York, NY 10022-3212
7572408     +Enyce, LLC,    P.O. Box 8500-50735,    Philadelphia, PA 19178-0001
7572410     +GMAC Commercial Corp.,    P.O. Box 4895,    Atlanta, GA 30302-4895
7693658     +GMAC Commercial Finance LLC,    Attn: Craig Galletto,    1290 Avenue of the Americas 3rd fl,
              New York, NY 10104-0300
7572412     +GMAC Smart Lease,    P.O. Box 769,    Orland Park, IL 60462-0769
7696763     +GMAC Smart Lease,    900 N Squirrel Road, #300,    Auburn Hills, MI 48326-2785
7572411      GMAC Smart Lease,    P.O. Box 7690,    Orland Park, IL 60462
7572409     +Gilmar USA, Inc.,    c/o Abrams & Abrams. PC,    75 E. Wacker Drive,    Chicago, IL 60601-3756
8885676     +Global Brand Marketing,    c/o Leonard O Abrams,    75 E Wacker Drive,    Chicago, IL 60601-3756
7572413     +Gokaldas Images, USA,    1488 Broadway, Suite 2704,    New York, NY 10036
7572414     +HSBC Business Credit, Inc.,    P.O. Box 7777-W8720,    Philadelphia, PA 19175-0001
7572415     +I. Spiewak & Sons, Inc.,    469 7th Avenue,    New York, NY 10018-7605
7572416     +I.C. Isaacs & Co.,    3840 Bank Street,    Baltimore, MD 21224-2587
7878049    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: ILLINOIS DEPARTMENT OF REVENUE,     100 W RANDOLPH ST LEVEL 7-425,
              CHICAGO, IL 60601)
7572417     +Jimlar Corporation,    Frye Company, a Division,    c/o Teller, Levitt and Silvertrust,
              11 East Adams Street, 8th Floor,    Chicago, IL 60603-6324
8381022     +Joseph M. Lucas & Associates, LLC,    Attorney at Law,    224 W. Main St,
              Barrington, IL 60010-3011
7572418     +Juan A. Fernandez, Jr.,    2276 Manor Lane,    Park Ridge, IL 60068-1588
8452349     +Juan Anthony Fernandez,    1966 Manor Lane,    Park Ridge, IL 60068-1550
7572398     +Juan Anthony Fernandez, Jr.,    2276 Manor Lane,    Park Ridge, IL 60068-1588
7572419     +L.R.G.,    1708 S. Lyon,    Santa Anna, CA 92705-5009
8077242    ++LIZ CLAIBORNE INC AND SUBSIDIARIES,    ONE CLAIBORNE AVE,    HQ #2 8TH FLOOR SOUTH CREDIT DEPT,
              NORTH BERGEN NJ 07047-6448
             (address filed with court: Liz Claiborne Inc & Subsidiaries,     1 Claiborne Avenue,
              North Bergen, NJ  07047,    Attn: Jeff Ansell, HQ2,    8th FL)
7572420      M. London, Inc.,    4 West 29th Street,    New York, NY 10001
7572421     +Mitchell and Ness,    121 S Broad St 4th Flr,    Philadelphia, PA 19107-4544
7882477     +NIAD Industries, LLC,    ERVINGeoffrey,    237 West 37th Street 14th Flr,    New York, NY 10018-6767
8381023     +Northern Illinois Gas,    Attn: Bankruptcy & Collection,    P O Box 549,    Aurora, IL 60507-0549
7572422     +On Field Apparel Group,    8677 Logo Athletic Court,    Indianapolis, IN 46219-1430
8381024     +Peoples Gas,    The Prudential Bldg,    Attn: Special Projects,    130 E. Randolph Dr,
              Chicago, IL 60601-6207
7572423     +Peoples Gas,    c/o Harris & Harris,    600 W. Jackson Blvd. Suite 700,    Chicago, IL 60661-5629
8240645     +Physical Culture Supply Co,    16 North Water St,    Suite #115,    Greenwich, CT 06830-5834
8381025     +Protection Plus Security Systems, Inc,    4139 W. 123rd St,    Alsip, IL 60803-1826
8381020     +Radler, David,    Malina & Radler,    4125 Main St,    Skokie, IL 60076-2753
7696769     +Reebok International, Ltd,    P O Box CS-100280,    Atlanta, GA 30384-0001
7572424     +Reebok International, Ltd.,    1895 JW Foster Blvd,    Canton, MA 02021-1099
7701842     +Rosenthal & Rosenthal, INC,    c/o Donald S Leonard,    1370 Broadway,    New York NY 10018-7399
8381026     +SBC (fka Ameritech),    Law Department,    225 W. Randolph, Suite 27A,    Chicago, IL 60606-1838
8824738     +The Timberland Company,    Attn Carol Sullivan,    200 Domain Drive,    Stratham, NH 03885-2575
7572426     +Varcity/Century Businss Credit,    P.O. Box 360826,    Pittsburgh, PA 15250-6826
8381027     +Watkins Motor Line, Inc,    P O Box 95001,    Lakeland, FL 33804-5001
8381028     +Xerox Corp,    P O Box 802567,    Chicago, IL 60680-2567

The following entities were noticed by electronic transmission on Aug 03, 2010.
8381016     +E-mail/Text: citjaxbankruptcy@cit.com                                    CIT Technology Financial Services,
              Attn: Customer Service,    21146 Network Place,    Chicago, IL 60673-0001
7572407     +E-mail/Text: sbindi@devonbank.com                                    Devon Bank,
              6445 North Western Avenue,    Chicago, IL 60645-5494
                                                                                              TOTAL: 2
```

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Aug 03, 2010
Case: 03-49920                Form ID: pdf006             Total Noticed: 60
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
              Chicago, IL 60603-6209
7572399*     +Juan Anthony Fernandez, Jr.,   2276 Manor Lane,   Park Ridge, IL 60068-1588
7572401      ##+Azzure Denim,   1164 Millers Lane,   Virginia Beach, VA 23451-5716
8381021      ##+Ice Mountain Spring Water Company,   P O Box 52214,   Phoenix, AZ 85072-2214
7572425      ##+Stall and Dean,   19 West 21st Streeet, Suite 1001,   New York, NY 10010-6845
8409972      ##+United States Trustee,   227 West Monroe,   Suite 3350,   Chicago IL 60606-5099
                                                                               TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2010**              **Signature:** _Joseph Speetjens_