## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TONY'S SPORTS INC. | § | Case No. 03-49920 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 403,846.96 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 1,429,081.46 |
| Total Expenses of Administration: 49,832.53 | |

3) Total gross receipts of $ 49,832.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 49,832.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 160,226.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 79,576.01 | 79,576.01 | 49,832.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | 35,223.16 | 35,223.16 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 398,222.33 | 1,272,937.86 | 1,271,248.46 | 0.00 |
| TOTAL DISBURSEMENTS | $ 558,448.33 | $ 1,387,737.03 | $ 1,386,047.63 | $ 49,832.53 |

4) This case was originally filed under chapter 11 on 12/11/2003 , and it was converted to chapter 7 on 07/27/2004 . The case was pending for 80 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/23/2011          By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH | 1121-000 | 47.00 |
| LETTER OF CREDIT TO TIMBERLAND | 1141-000 | 13,000.00 |
| SETTLEMENT OF ADVERSARY | 1141-000 | 8,600.00 |
| TAX REFUND | 1224-000 | 117.00 |
| SETTLEMENT OF ADVERSARY | 1241-000 | 27,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 818.53 |
| REFUND OF OVERPAID QUARTERLY FEES | 1290-000 | 250.00 |
| TOTAL GROSS RECEIPTS | | $49,832.53 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Devon Bank 645 North Western Avenue Chicago, IL 60045 | | 150,000.00 | NA | NA | 0.00 |
| | GMAC Smart Lease PO Box 769 Orland Park, IL 60462 | | 10,226.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 160,226.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | 2100-000 | NA | 5,732.86 | 5,732.86 | 3,658.34 |
| 521-CLERK OF THE US BANKRUPTCY CT | 2100-001 | NA | 78.94 | 78.94 | 78.94 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 0.16 | 0.16 | 0.16 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 34.54 | 34.54 | 34.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 42.32 | 42.32 | 42.32 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 53.92 | 53.92 | 53.92 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 45.00 | 45.00 | 45.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 1,200.00 | 1,200.00 | 765.76 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 2,250.00 | 2,250.00 | 0.00 |
| UNITED STATES TRUSTEE | 2950-001 | NA | 125.00 | 125.00 | 0.82 |
| EASTWOOD-STEIN | 2990-000 | NA | 481.80 | 481.80 | 481.80 |
| GREATER ILLINOIS TITLE CO | 2990-000 | NA | 125.00 | 125.00 | 125.00 |
| INTERPRENET, LTD. | 2990-000 | NA | 195.00 | 195.00 | 195.00 |
| JENSEN COURT REPORTING | 2990-000 | NA | 193.42 | 193.42 | 193.42 |
| PARALEGAL SERVICES OF CHICGO, INC | 2990-000 | NA | 175.00 | 175.00 | 175.00 |
| PNA BANK | 2990-000 | NA | 25.00 | 25.00 | 25.00 |
| UNITED STATES TREASURY | 2990-000 | NA | 117.00 | 117.00 | 117.00 |
| MAXWELL LAW GROUP | 3110-000 | NA | 64,670.50 | 64,670.50 | 41,268.47 |
| MAXWELL LAW GROUP | 3120-000 | NA | 1,020.55 | 1,020.55 | 651.25 |
| POPOWCER  KATTEN, LTD. | 3410-000 | NA | 3,010.00 | 3,010.00 | 1,920.79 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 79,576.01 | $ 79,576.01 | $ 49,832.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | ILLINOIS DEPARTMENT OF REVENUE | 5200-000 | NA | 5,807.00 | 5,807.00 | 0.00 |
| 000011 | ILLINOIS DEPARTMENT OF REVENUE | 5200-000 | NA | 473.00 | 473.00 | 0.00 |
| 000015 | ILLINOIS DEPARTMENT OF REVENUE | 5200-000 | NA | 23,869.76 | 23,869.76 | 0.00 |
| 000016 | ILLINOIS DEPARTMENT OF REVENUE | 5200-000 | NA | 5,073.40 | 5,073.40 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 35,223.16 | $ 35,223.16 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Factors, Inc. PO Box 825522 Miami, FL 33182 | | 1,279.70 | NA | NA | 0.00 |
| | Century Business Credit PO Box 360826 Pittsburgh, PA 15250 | | 1,363.38 | NA | NA | 0.00 |
| | Converse inc. PO Box 60272 Charlotte, NC 28268 | | 2,500.00 | NA | NA | 0.00 |
| | Devanlay, USA Inc 551 Madison Avenue, Suite 1300 New York, NY 10022 | | 5,638.92 | NA | NA | 0.00 |
| | Enyve, LLC PO Box 850-50735 Philadelphia, PA 19178 | | 35,000.00 | NA | NA | 0.00 |
| | Gokaldas Images, USA 1488 Broadway, Suite 2704 New York, NY 10018 | | 8,000.00 | NA | NA | 0.00 |
| | HSBC Business Credit Inc. PO Box 7777-W8720 Philadelphia, PA 19175 | | 6,321.12 | NA | NA | 0.00 |
| | I. Spiewak & Sons, Inc. 469 7th Avenue New York, NY 10018 | | 4,067.09 | NA | NA | 0.00 |
| | I.C. Isaacs & Co 3840 Bank Street Baltimore, MD 21224 | | 30,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | L.R.G. 1708 S. Lyon Santa Anna, CA 92705 | | 8,668.00 | NA | NA | 0.00 |
| | M. London, Inc. 4 West 29th Street New York, NY 10001 | | 1,365.50 | NA | NA | 0.00 |
| | Peoples Gas c/o Harris & Harris 600 W. Jackson Blvd. Suite 700 Chicago, IL 60661 | | 6,066.40 | NA | NA | 0.00 |
| | Stail and Deal 19 West 21st Street, Suite 1001 New York, NY 10010 | | 5,753.37 | NA | NA | 0.00 |
| | Varcity/Century Business Credit PO Box 360826 Pittsburgh, PA 15250 | | 6,586.36 | NA | NA | 0.00 |
| 000009 | AMERICAN NEEDLE | 7100-000 | 4,135.79 | 5,469.79 | 5,469.79 | 0.00 |
| 000026 | AMERICAN NEEDLE | 7100-000 | NA | 5,469.79 | 5,469.79 | 0.00 |
| 000018 | AZZURE DENIM | 7100-000 | 3,926.15 | 5,062.35 | 5,062.35 | 0.00 |
| 000028 | CIT TECHNOLOGY FINANCING | 7100-000 | NA | 8,133.23 | 8,133.23 | 0.00 |
| 000029 | CIT TECHNOLOGY FINANCING | 7100-000 | NA | 2,826.58 | 2,826.58 | 0.00 |
| 000024 | CITY OF CHICAGO | 7100-000 | NA | 300.00 | 300.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | CITY OF CHICAGO | 7100-000 | NA | 525.52 | 525.52 | 0.00 |
| 000003 | GILMAR USA, INC. | 7100-000 | 208,000.00 | 208,547.00 | 208,547.00 | 0.00 |
| 000008 | GILMAR USA, INC. | 7100-000 | NA | 208,547.00 | 208,547.00 | 0.00 |
| 000014 | GILMAR USA, INC. | 7100-000 | NA | 208,547.00 | 208,547.00 | 0.00 |
| 000021 | GILMAR USA, INC. | 7100-000 | NA | 208,547.00 | 208,547.00 | 0.00 |
| 000023 | GILMAR USA, INC. | 7100-000 | NA | 208,729.00 | 208,729.00 | 0.00 |
| 000022 | GLOBAL BRAND MARKETING | 7100-000 | NA | 2,087.29 | 2,087.29 | 0.00 |
| 000005 | GMAC COMMERCIAL FINANCE LLC | 7100-000 | 1,260.12 | 2,949.52 | 1,260.12 | 0.00 |
| 000001 | JIMLAR CORPORATION | 7100-000 | 11,882.56 | 11,882.56 | 11,882.56 | 0.00 |
| 000019 | JIMLAR CORPORATION | 7100-000 | NA | 11,882.56 | 11,882.56 | 0.00 |
| 000027 | MITCHELL AND NESS | 7100-000 | 38,430.00 | 38,878.60 | 38,878.60 | 0.00 |
| 000020 | NIAD INDUSTRIES, LLC | 7100-000 | NA | 13,836.68 | 13,836.68 | 0.00 |
| 000002 | ON FIELD APPAREL GROUP | 7100-000 | 723.30 | 723.30 | 723.30 | 0.00 |
| 000030 | PHYSICAL CULTURE SUPPLY CO | 7100-000 | NA | 6,327.85 | 6,327.85 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | REEBOK INTERNATIONAL, LTD. | 7100-000 | 7,254.57 | 10,158.01 | 10,158.01 | 0.00 |
| 000006 | ROSENTHAL & ROSENTHAL, INC | 7100-000 | NA | 4,067.09 | 4,067.09 | 0.00 |
| 000017 | THE TIMBERLAND COMPANY | 7100-000 | NA | 18,271.08 | 18,271.08 | 0.00 |
| 000010 | LIZ CLAIBORNE INC & SUBSIDIARIES | 7100-900 | NA | 40,584.53 | 40,584.53 | 0.00 |
| 000031 | LIZ CLAIBORNE INC & SUBSIDIARIES | 7100-900 | NA | 40,584.53 | 40,584.53 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 398,222.33 | $ 1,272,937.86 | $ 1,271,248.46 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page    1

Exhibit 8

Case No:        03-49920    SPS   Judge. SUSAN PIERSON SONDERBY

Case Name:     TONY'S SPORTS INC.

For Period Ending: 02/23/11

Trustee Name:                          ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c):       07/27/04 (c)
341(a) Meeting Date:                   09/09/04
Claims Bar Date:                       04/11/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REFUND OF OVERPAID QUARTERLY FEES (u) | 0.00 | 0.00 | | 250.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 818.53 | Unknown |
| 3. CASH | 200.00 | 0.00 | | 47.00 | FA |
| 4. CHECKING ACCT DEVON BANK | 5,000.00 | Unknown | DA | 0.00 | 0.00 |
| 5. AUDIO, VIDEO, AND COMPUTER EQUIP SURVEILLANCE CAMERA, DIGITAL RECORDER, 1 STEREO, 1 CASH REGISTER | 4,000.00 | Unknown | DA | 0.00 | 0.00 |
| 6. AUTOMOBILE 2003 CADILAC CTS (LEASED)(30,000 MILES) | 19,800.00 | Unknown | DA | 0.00 | 0.00 |
| 7. OFFICE EQUIPMENT & FURNISHINGS 2 DESKS, 1 COUNTER, 1 CASH REGISTER | 1,000.00 | Unknown | DA | 0.00 | 0.00 |
| 8. 40 DISPLAY FIXTURES | 1,000.00 | Unknown | DA | 0.00 | 0.00 |
| 9. INVENTORY | 320,000.00 | Unknown | DA | 0.00 | 0.00 |
| 10. LETTER OF CREDIT TO TIMBERLAND | 25,000.00 | 0.00 | | 13,000.00 | FA |
| 11. SETTLEMENT OF ADVERSARY (u) | Unknown | Unknown | | 35,600.00 | FA |
| 12. PRUDENTIAL INSURANCE POLICY | 19,446.96 | 0.00 | DA | 0.00 | 0.00 |
| 13. A/R - JOSEPH KIM LOAN | 33,600.00 | Unknown | DA | 0.00 | 0.00 |
| 14. TAX REFUND (u) | 0.00 | Unknown | | 117.00 | FA |

TOTALS (Excluding Unknown Values)          $429,046.96          $0.00                      $49,832.53

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No | 03-49920    SPS    Judge: SUSAN PIERSON SONDERBY | |
| Case Name | TONY'S SPORTS INC | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/27/04 (c) |
| 341(a) Meeting Date: | 09/09/04 |
| Claims Bar Date: | 04/11/05 |

- Final Report filed w/ USTR 6/25/10  w/ clerk 8/2/10

- sought to collect judgment against Ms. Fernandez

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  i

Exhibit 9

| Case No. | 03-49920 -SPS |
|---|---|
| Case Name | TONY'S SPORTS INC |
| Taxpayer ID No: | *******7265 |
| For Period Ending | 02/23/11 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 3758809107 Money Market - Interest Bearing |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0 00 |
| 10/29/04 | 1 | UNITED STATES TREASURY | US TRUSTEE QUARTERLY FEES refund | 1290-000 | 250.00 | | 250.00 |
| 11/30/04 | 2 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.02 | | 250.02 |
| 12/31/04 | 2 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.02 | | 250.04 |
| 01/31/05 | 2 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.02 | | 250.06 |
| 02/18/05 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 1700 210 BARONNE STREET NEW ORLEANS LA | ANNUAL BOND PREMIUM #016026455 2/1/05-2/1/06 | 2300-000 | | 0.16 | 249.90 |
| 02/28/05 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.05 | | 249.95 |
| 03/31/05 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.05 | | 250.00 |
| 04/29/05 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.05 | | 250.05 |
| 05/16/05 | 3 | ANDREW J. MAXWELL | RCPTS - LIQUID. OF PERSONAL PROP. TRUSTEE RECOVERED $ FROM CASH DRAWER ON LOCATION | 1121-000 | 47.00 | | 297.05 |
| 05/31/05 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.06 | | 297.11 |
| 06/30/05 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.06 | | 297.17 |
| 07/29/05 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.06 | | 297.23 |
| 08/31/05 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.16 | | 297.39 |
| 09/30/05 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.15 | | 297.54 |
| 10/31/05 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.15 | | 297.69 |
| 11/30/05 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.15 | | 297.84 |
| 12/30/05 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.15 | | 297.99 |
| 01/31/06 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.16 | | 298.15 |
| 02/28/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.21 | | 298.36 |
| 02/28/06 | 000102 | INTERNATIONAL SURETIES, LTD SUITE 500 203 CARONDELET ST NEW ORLEANS LA 70130 | BOND # 016026455 | 2300-003 | | 0.22 | 298.14 |
| | | | | Page Subtotals | 298.52 | 0.38 | |

Ver: 16.01c

FORM 2

Page    2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 03-49920 -SPS |
| Case Name | TONY'S SPORTS INC. |
| | |
| Taxpayer ID No: | ******7265 |
| For Period Ending: | 02/23/11 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 3758809107  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| • 03/02/06 | 000102 | INTERNATIONAL SURETIES, LTD. SUITE 500 203 CARONDELET ST. NEW ORLEANS LA 70130 | BOND # 016026455 WRONG AMT | 2300-003 | | -0.22 | 298.36 |
| 03/07/06 | 11 | CONVERSE INC. | SETTLEMENT | 1241-000 | 5,000.00 | | 5,298.36 |
| 03/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.24 | | 5,301.60 |
| 04/12/06 | 11 | ENYCE, L.L.C. 1 CLAIBORNE AVE NORTH BERGEN, NJ 07047 | SETTLEMENT - ENYCE ADV | 1241-000 | 8,000.00 | | 13,301.60 |
| 04/26/06 | 11 | REEBOK INTERNATIONAL LTD 1895 J.W. FOSTER BLVD. CANTON, MA 02021 | SETTLEMENT- REEBOK ADV | 1241-000 | 5,000.00 | | 18,301.60 |
| 04/28/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 7.40 | | 18,309.00 |
| 05/22/06 | 11 | ADIDAS SALES 5055 N. GREELEY AVE PORTLAND, OR 97217 | SETTLEMENT - ADIDAS ADV | 1141-000 | 8,600.00 | | 26,909.00 |
| 05/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.19 | | 26,926.19 |
| 06/30/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 22.13 | | 26,948.32 |
| 07/20/06 | 10 | TIMBERLAND 200 DOMAIN DRIVE STRATHAM, NH 03885 | SETTLEMENT - TIMBERLAND ADV | 1141-000 | 13,000.00 | | 39,948.32 |
| 07/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 25.72 | | 39,974.04 |
| 08/02/06 | 000103 | EASTWOOD-STEIN DEPOSITION MANAGEMENT 11 SOUTH LASALLE STREET SUITE 900 CHICAGO, IL 60603 | DEPOSITION SERVICES TRANSCRIPT KIM 10/26/05 $173.60 TRANSCRIPT FERNANDEZ 11/15/05 $213.20 KIM ATTEND FEE $95.00 | 2990-000 | | 481.80 | 39,492.24 |
| 08/04/06 | 000104 | PARALEGAL SERVICES OF CHICGO, INC 221 N. LASALLE STREET | SERVICE FOR RULE 2004 EXAM INV DATED 8.23.05 | 2990-000 | | 175.00 | 39,317.24 |

Page Subtotals          39,675.68          656.58

Ver: 16 01c

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page   3

Exhibit 9

| | | |
|---|---|---|
| Case No | 03-49920 -SPS | |
| Case Name | TONY'S SPORTS INC. | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 3758809107 Money Market - Interest Bearing |

Taxpayer ID No: . ▪▪▪▪▪▪▪7265
For Period Ending: 02/23/11

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60601-1305 | | | | | |
| 08/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.69 | | 39,350.93 |
| 09/11/06 | 11 | MITCHELL & NESS NOSTALGIA CO. | PREFERENCE / FRAUDULENT TRANS | 1241-000 | 9,000.00 | | 48,350.93 |
| | | PHILADELPHIA, PA 19107 | | | | | |
| 09/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.76 | | 48,387.69 |
| 10/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 41.10 | | 48,428.79 |
| 11/30/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.80 | | 48,468.59 |
| 12/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 41.16 | | 48,509.75 |
| 01/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 41.21 | | 48,550.96 |
| 02/05/07 | 000105 | INTERNATIONAL SURETIES, LTD | BOND PAYMENTS | 2300-000 | | 34.54 | 48,516.42 |
| | | SUITE 500 | BOND# 016026455 | | | | |
| | | 203 CARONDELET ST. | | | | | |
| | | NEW ORLEANS LA 70130 | | | | | |
| 02/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.23 | | 48,553.65 |
| 03/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 41.24 | | 48,594.89 |
| 04/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.94 | | 48,634.83 |
| 05/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 41.31 | | 48,676.14 |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.00 | | 48,716.14 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 41.38 | | 48,757.52 |
| 08/07/07 | | Transfer to Acct #4429208007 | TRANSFER TO WRITE CHECKS | 9999-000 | | 607.22 | 48,150.30 |
| 08/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 41.01 | | 48,191.31 |
| 09/28/07 | 2 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 30.70 | | 48,222.01 |
| 10/31/07 | 2 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 30.72 | | 48,252.73 |
| 11/30/07 | 2 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 25.78 | | 48,278.51 |
| 12/31/07 | 2 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 23.08 | | 48,301.59 |
| 01/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 19.14 | | 48,320.73 |
| 02/29/08 | 2 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 11.49 | | 48,332.22 |
| 03/27/08 | 000106 | INTERNATIONAL SURETIES, LTD | BOND# 016026455 | 2300-000 | | 42.32 | 48,289.90 |

Page Subtotals      9,656.74      684.08

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 03-49920 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name | TONY'S SPORTS INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758809107 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7265 | | | |
| For Period Ending: | 02/23/11 | | Blanket Bond (per case limit) | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 11.42 | | 48,301.32 |
| 04/30/08 | 2 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 9.90 | | 48,311.22 |
| 05/30/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 6.13 | | 48,317.35 |
| 06/30/08 | 2 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 5.95 | | 48,323.30 |
| 07/18/08 | | Transfer to Acct #4429208007 | TRANSFER TO WRITE CHECKS | 9999-000 | | 23.20 | 48,300.10 |
| 07/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 6.14 | | 48,306.24 |
| 08/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 6.13 | | 48,312.37 |
| 09/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.95 | | 48,318.32 |
| 10/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 4.69 | | 48,323.01 |
| 11/28/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.96 | | 48,326.97 |
| 12/29/08 | 14 | UNITED STATES TREASURY | REFUND | 1224-000 | 117.00 | | 48,443.97 |
| 12/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 2.43 | | 48,446.40 |
| 01/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.41 | | 48,446.81 |
| 02/09/09 | | Transfer to Acct #4429208007 | Bank Funds Transfer | 9999-000 | | 45.00 | 48,401.81 |
| 02/27/09 | | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 48,402.18 |
| 03/31/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.41 | | 48,402.59 |
| 04/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.06 | | 48,403.65 |
| 05/29/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.22 | | 48,404.87 |
| 06/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.20 | | 48,406.07 |
| 07/31/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.23 | | 48,407.30 |
| 08/31/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.23 | | 48,408.53 |
| 09/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.19 | | 48,409.72 |
| 10/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.22 | | 48,410.94 |
| 11/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.20 | | 48,412.14 |
| 12/31/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.23 | | 48,413.37 |
| 01/20/10 | | Transfer to Acct #4429208007 | TRANSFER TO WRITE CHECKS | 9999-000 | | 25.00 | 48,388.37 |

Page Subtotals       191.67       93.20

Ver: 16.01c

FORM 2

Page.  5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 03-49920 -SPS |
| Case Name: | TONY'S SPORTS INC |
| | |
| Taxpayer ID No: | *******7265 |
| For Period Ending: | 02/23/11 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 3758809107  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,389.59 |
| 02/15/10 | 000107 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PREMIUM BOND# 016026455 | 2300-000 | | 53.92 | 48,335.67 |
| 02/26/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.11 | | 48,336.78 |
| 03/31/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.24 | | 48,338.02 |
| 04/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 48,339.21 |
| 05/28/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,340.43 |
| 06/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.20 | | 48,341.63 |
| 07/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,342.85 |
| 08/31/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.24 | | 48,344.09 |
| 09/08/10 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 48,344.37 |
| 09/08/10 | | Transfer to Acct #4429208007 | Final Posting Transfer | 9999-000 | | 48,344.37 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 49,832.53 | 49,832.53 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 49,044.79 | |
| Subtotal | 49,832.53 | 787.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 49,832.53 | 787.74 | |

Page Subtotals          9.92          48,398.29

Ver: 16.01c

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page   6

Exhibit 9

| Case No: | 03-49920 -SPS |
| Case Name: | TONY'S SPORTS INC |

| Taxpayer ID No: | *******7265 |
| For Period Ending: | 02/23/11 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208007  Checking Account (Non-Interest Earn |

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/07/07 | | Transfer from Acct #3758809107 | TRANSFER TO WRITE CHECKS | 9999-000 | 607.22 | | 607.22 |
| 08/07/07 | 001001 | TONY FERNANDEZ | REIMB DEPOSITION TRAVEL EXPENSE | 2990-004 | | 218.80 | 388.42 |
| | | | MARGARITA FERNANDEZ | | | | |
| 08/07/07 | 001002 | INTERPRENET, LTD. | DEPOSITION EXPENSE  7/2/07 | 2990-000 | | 195.00 | 193.42 |
| | | 27 NORTH WACKER DRIVE | INV# 074029 | | | | |
| | | SUITE 270 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| 08/07/07 | 001003 | JENSEN COURT REPORTING | INV# 147251  JOB# 37148 | 2990-000 | | 193.42 | 0.00 |
| | | 205 WEST RANDOLPH STREET | DEPOSITION- MARGARITA FERNANDEZ | | | | |
| | | 5TH FLOOR | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| 01/10/08 | 001001 | TONY FERNANDEZ | Stop Payment Reversal | 2990-004 | | -218.80 | 218.80 |
| | | | STOP PAY ADD SUCCESSFUL | | | | |
| 07/10/08 | 001004 | UNITED STATES TREASURY | FORM 4506 REQUEST - 1120s | 2990-000 | | 117.00 | 101.80 |
| | | | TAX RETURN COPIES - 2002/2003/2004 | | | | |
| 07/18/08 | | Transfer from Acct #3758809107 | TRANSFER TO WRITE CHECKS | 9999-000 | 23.20 | | 125.00 |
| 07/18/08 | 001005 | GREATER ILLINOIS TITLE CO | ACCT 0103736-000 | 2990-000 | | 125.00 | 0.00 |
| | | | ORDER# 00998829 | | | | |
| | | | SHERIDAN PROPERTY TITLE | | | | |
| 02/09/09 | | Transfer from Acct #3758809107 | Bank Funds Transfer | 9999-000 | 45.00 | | 45.00 |
| 02/09/09 | 001006 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 45.00 | 0.00 |
| | | ONE SHELL SQUARE | BOND # 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 01/20/10 | | Transfer from Acct #3758809107 | TRANSFER TO WRITE CHECKS | 9999-000 | 25.00 | | 25.00 |
| 01/20/10 | 001007 | PNA Bank | document production | 2990-000 | | 25.00 | 0.00 |
| | | 7840 N. Milwaukee Ave. | Maxwell v. Fernandez | | | | |
| | | Niles, IL 60714 | | | | | |
| | | | Page Subtotals | | 700.42 | 700.42 | |

Ver 16.01c

FORM 2

Page:   7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 03-49920 -SPS |
|---|---|
| Case Name: | TONY'S SPORTS INC |
| Taxpayer ID No: | *******7265 |
| For Period Ending | 02/23/11 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Bank Name: | Bank of America, N A |
| Account Number / CD #: | 4429208007 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/10 | | Transfer from Acct #3758809107 | Transfer In From MMA Account | 9999-000 | 48,344.37 | | 48,344.37 |
| 09/08/10 | 001008 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Full and Final Distribution (Claim#) | 2100-000 | | 3,620.11 | 44,724.26 |
| 09/08/10 | 001009 | United States Trustee 227 West Monroe Suite 3350 Chicago IL 60606 | Full and Final Distribution (Claim#) | 2100-003 | | 78.94 | 44,645.32 |
| 09/08/10 | 001010 | CLERK OF US BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS 219 S. DEARBORN CHICAGO IL | Full and Final Distribution (Claim#) | 2700-003 | | 1,262.93 | 43,382.39 |
| 09/08/10 | 001011 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3110-000 | | 40,837.24 | 2,545.15 |
| 09/08/10 | 001012 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3120-000 | | 644.44 | 1,900.71 |
| 09/08/10 | 001013 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL 60601 | Full and Final Distribution (Claim#) | 3410-003 | | 1,900.71 | 0.00 |
| 09/13/10 | 001010 | CLERK OF US BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS 219 S. DEARBORN CHICAGO IL | Full and Final Distribution | 2700-003 | | -1,262.93 | 1,262.93 |
| 09/13/10 | 001013 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 | Full and Final Distribution | 3410-003 | | -1,900.71 | 3,163.64 |
| | | | Page Subtotals | | 48,344.37 | 45,180.73 | |

Ver. 16.01c

FORM 2

Page    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 03-49920 -SPS | |
| Case Name: | TONY'S SPORTS INC. | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208007 Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******7265 |
| For Period Ending: | 02/23/11 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60601 | | | | | |
| 09/14/10 | 001014 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Full and Final Distribution (Claim#) | 2100-000 | | 38.23 | 3,125.41 |
| 09/14/10 | 001015 | CLERK OF US BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS 219 S. DEARBORN CHICAGO IL | Full and Final Distribution (Claim#) | 2700-000 | | 765.76 | 2,359.65 |
| 09/14/10 | 001016 | United States Trustee 227 West Monroe Suite 3350 Chicago IL 60606 | Full and Final Distribution (Claim#) | 2950-003 | | 0.82 | 2,358.83 |
| 09/14/10 | 001017 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3110-000 | | 431.23 | 1,927.60 |
| 09/14/10 | 001018 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3120-000 | | 6.81 | 1,920.79 |
| 09/14/10 | 001019 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL 60601 | Full and Final Distribution (Claim#) | 3410-000 | | 1,920.79 | 0.00 |
| 01/14/11 | 001009 | United States Trustee 227 West Monroe Suite 3350 Chicago IL 60606 | Full and Final Distribution | 2100-003 | | -78.94 | 78.94 |
| 01/14/11 | 001016 | United States Trustee 227 West Monroe | Full and Final Distribution | 2950-003 | | -0.82 | 79.76 |

| | | | | Page Subtotals | 0.00 | 3,083.88 | |

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

Exhibit 9

| Case No: | 03-49920 -SPS |
|---|---|
| Case Name | TONY'S SPORTS INC |
| Taxpayer ID No: | *******7265 |
| For Period Ending: | 02/23/11 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208007  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Suite 3350 | | | | | |
| | | Chicago IL 60606 | | | | | |
| 01/14/11 | 001020 | 521-CLERK OF THE US BANKRUPTCY CT | Full and Final Distribution (Claim#) | 2100-001 | | 78.94 | 0.82 |
| 01/14/11 | 001021 | 521-CLERK OF THE US BANKRUPTCY CT | Full and Final Distribution (Claim#) | 2950-001 | | 0.82 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 49,044.79 | 49,044.79 | 0.00 |
| Less: Bank Transfers/CD's | | 49,044.79 | 0.00 | |
| Subtotal | | 0.00 | 49,044.79 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 49,044.79 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 3758809107 | 49,832.53 | 787.74 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208007 | 0.00 | 49,044.79 | 0.00 |
| | 49,832.53 | 49,832.53 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          79.76

Ver: 16.01c

# FORM 4
## Distribution Report for Closed Asset Cases

| | | | | |
|---|---|---|---|---|
| Case No. | **03-49920** | | Trustee Name: | **ANDREW J. MAXWELL, TRUSTEE** |
| Case Name: | **TONY'S SPORTS INC.** | | Date: | **02/23/11** |
| | | | Date Filed / Converted to Ch. 7: | **07/27/04 (c)** |

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| GROSS RECEIPTS | $49,832.53 | 100.00% |
| Less: | | |
| Funds Paid to Debtor: | | |
| Exemptions | $0.00 | 0.00% |
| Excess Funds | $0.00 | 0.00% |
| Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | **$49,832.53** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| SECURED CLAIMS | | | |
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
| Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
| Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | **$0.00** | **$0.00** | **0.00%** |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES § 507(a)(1) and CHARGES | | | |
| under Title 28, Chapter 123: | | | |
| Trustee Fees | $5,732.86 | $3,737.28 | 7.50% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | $64,670.50 | $41,268.47 | 82.81% |
| Trustee's Firm Legal Expenses | $1,020.55 | $651.25 | 1.31% |
| Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $3,010.00 | $1,920.79 | 3.85% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
| Other Expenses | $1,488.16 | $1,488.16 | 2.99% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| U.S. Trustee Fees | $125.00 | $0.82 | 0.00% |
| Court Costs | $1,200.00 | $765.76 | 1.54% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES | $77,247.07 | $49,832.53 | 100.00% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1) | | | |
| (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES § 507(a)(3) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT § 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS § 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER § 507(a)(2), (5), (6), & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS § 507(a)(3) to § 507 (a)(9)** | **$0.00** | **$0.00** | **0.00%** |
| **GENERAL UNSECURED CLAIMS** | **$0.00** | **$0.00** | **0.00%** |
| **TOTAL DISBURSEMENTS** | **$77,247.07** | **$49,832.53** | **100.00%** |

14RECAP

**FORM 4**

**Distribution Report for Closed Asset Cases**

02/23/11

Case No.  **03-49920**

Case Name:  **TONY'S SPORTS INC.**

Trustee Name:  **ANDREW J. MAXWELL, TRUSTEE**

Date:  **02/23/11**

Date Filed / Converted to Ch. 7:  **07/27/04 (c)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1): | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |

**BANK OF AMERICA, N.A.**

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**101**

| DATE | AMOUNT |
|---|---|
| 02/18/05 | **********0.16 |

1343516

PAY TO THE ORDER OF
INTERNATIONAL SURETIES, LTD.
SUITE 1700
210 BARONNE STREET
NEW ORLEANS LA

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | XXX | Debtor: TONY'S SPORTS INC. |

*Zero Dollars And 16/100*

BANK OF AMERICA

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000101⑈ ⑆111000012⑆ 3758809107⑈          ⑆000000016⑈

---

DEPOSITION SERVICES
TRANSCRIPT KIM 10/26/05 $173.60
TRANSCRIPT FERNANDEZ 11/15/05 $213.20
KIM ATTEND FEE $95.00

**BANK OF AMERICA, N.A.**

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**103**

| DATE | AMOUNT |
|---|---|
| 08/02/06 | *********481.80 |

1343972

PAY TO THE ORDER OF
EASTWOOD-STEIN DEPOSITION MANAGEMENT
11 SOUTH LASALLE STREET
SUITE 900
CHICAGO, IL 60603

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

*Four Hundred Eighty One Dollars And 80/100*

BANK OF AMERICA

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000103⑈ ⑆111000012⑆ 3758809107⑈          ⑆0000048180⑈

---

SERVICE FOR RULE 2004 EXAM
INV DATED 8.23.05

**BANK OF AMERICA, N.A.**

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**104**

| DATE | AMOUNT |
|---|---|
| 08/04/06 | *********175.00 |

1343975

PAY TO THE ORDER OF
PARALEGAL SERVICES OF CHICGO, INC.
221 N. LASALLE STREET
SUITE 1100
CHICAGO, IL 60601-1305

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

*One Hundred Seventy Five Dollars And 00/100*

BANK OF AMERICA

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000104⑈ ⑆111000012⑆ 3758809107⑈          ⑆0000017500⑈

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

BOND PAYMENTS
BOND# 016026455

BANK OF AMERICA, N.A.

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CHECK NUMBER
105

CUSTOMER CONNECTION

DATE 02/05/07

AMOUNT **********34.54

1667164

PAY TO THE ORDER OF
INTERNATIONAL SURETIES, LTD.
SUITE 500
203 CARONDELET ST.
NEW ORLEANS LA 70130

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

Thirty Four Dollars And 54/100
BANK OF AMERICA

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000105⑆ ⑈111000012⑈ 3758809107⑈ ⑆0000003454⑆

⑆000105⑆ ⑈111000012⑈ 3758809107⑈ ⑆0000003454⑆

---

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

BOND# 016026455

BANK OF AMERICA, N.A.

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CHECK NUMBER
106

CUSTOMER CONNECTION

DATE 03/27/08

AMOUNT **********42.32

2027517

PAY TO THE ORDER OF
INTERNATIONAL SURETIES, LTD.
ONE SHELL SQUARE
701 POYDRAS STREET, STE 420
NEW ORLEANS LA 70139

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

Forty Two Dollars And 32/100
BANK OF AMERICA

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000106⑆ ⑈111000012⑈ 3758809107⑈ ⑆0000004232⑆

⑆000106⑆ ⑈111000012⑈ 3758809107⑈ ⑆0000004232⑆

---

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

BOND PREMIUM BOND# 016026455

Bank of America, N.A.

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CHECK NUMBER
107

DATE 02/15/10

AMOUNT **********53.92

2380073

PAY TO THE ORDER OF
INTERNATIONAL SURETIES, LTD.
ONE SHELL SQUARE
701 POYDRAS STREET, STE 420
NEW ORLEANS LA 70139

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

Fifty Three Dollars And 92/100
Bank of America, N.A.

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000107⑆ ⑈111000012⑈ 3758809107⑈ ⑆0000005392⑆

⑆000107⑆ ⑈111000012⑈ 3758809107⑈ ⑆0000005392⑆

*111019893*
08/14/2007
0692123012

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*96774370*
*1*
*2985*
*06510*

DEPOSITION EXPENSE 7/2/07
INV# 074029

BANK OF AMERICA **BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CHECK NUMBER
**1002**

| DATE | AMOUNT |
|------|--------|
| 08/07/07 | ********195.00 |

1667342

PAY TO THE ORDER OF

INTERPRENET LTD.
27 NORTH WACKER DRIVE
SUITE 370
CHICAGO, IL 60606

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

One Hundred Ninety Five Dollars And 00/100

BANK OF AMERICA

RECEIVER/ TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃001002⑃ ⑆111000012⑆ 442920800 7⑃ ⑆00000 19500⑆

---

⑃001002⑃ ⑆11100001 2⑆ ⑃442920800 7⑃ ⑆00000 19500⑆

---

*111019993*
08/11/2007
2992317886

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*57757619*
*1*
*1990*
*00993*

INV# 147251 JOB# 37148
DEPOSITION- MARGARITA FERNANDEZ

BANK OF AMERICA **BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CHECK NUMBER
**1003**

| DATE | AMOUNT |
|------|--------|
| 08/07/07 | ********193.42 |

1667343

PAY TO THE ORDER OF

JENSEN COURT REPORTING
205 WEST RANDOLPH STREET
5TH FLOOR
CHICAGO, IL 60606

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

One Hundred Ninety Three Dollars And 42/100

BANK OF AMERICA

147251

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃001003⑃ ⑆11100001 2⑆ 442920800 7⑃ ⑆00000 1934 2⑃

---

⑃001003⑃ ⑆11100001 2⑆ ⑃442920800 7⑃ ⑆00000 1934 2⑃

---

*111019993*
07/23/2008
6992717876

Alternate Region 4F Legend

*71882215*
*1*
*546*
*00047*

FORM 4506 REQUEST - 1120s
TAX RETURN COPIES - 2002/2003/2004

BANK OF AMERICA **BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

CHECK NUMBER
**1004**

| DATE | AMOUNT |
|------|--------|
| 07/10/08 | ********117.00 |

2027580

PAY TO THE ORDER OF

UNITED STATES TREASURY

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

36- 3729765

One Hundred Seventeen Dollars And 00/100

BANK OF AMERICA

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃001004⑃ ⑆11100001 2⑆ 442920800 7⑃ ⑆00000 11700⑃

---

⑃001004⑃ ⑆11100001 2⑆ ⑃442920800 7⑃ ⑆00000 11700⑃

998829

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

ACCT 0103736-000
ORDER# 00998829
SHERIDAN PROPERTY TITLE

Bank of America, N.A. **BANK OF AMERICA, N.A.**   CHECK NUMBER
CUSTOMER CONNECTION   **1005**
ANDREW J. MAXWELL, TRUSTEE
32-1/110 TX
105 W. Adams   0
SUITE 3200          DATE          AMOUNT
CHICAGO, IL  60603   07/18/08   **********125.00

2027584

PAY TO THE ORDER OF
GREATER ILLINOIS TITLE CO

CASE NUMBER          ESTATE OF
03-49920   SPS   Debtor: TONY'S SPORTS INC.

One Hundred Twenty Five Dollars And 00/100

Bank of America, N.A.

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001005⑈ ⑆111000012⑆ 442920800⑈

⑈001005⑈ ⑆111000012⑆        ⑈442920800⑈ ⑈000012500⑈

*111019993*
02/19/2009
9492098101

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

BOND PAYMENTS
BOND # 016026455

Bank of America, N.A. **BANK OF AMERICA, N.A.**   CHECK NUMBER
CUSTOMER CONNECTION   **1006**
ANDREW J. MAXWELL, TRUSTEE
32-1/110 TX
105 W. Adams   0
SUITE 3200          DATE          AMOUNT
CHICAGO, IL  60603   02/09/09   **********45.00

2027748

PAY TO THE ORDER OF
INTERNATIONAL SURETIES, LTD.
ONE SHELL SQUARE
701 POYDRAS STREET, STE 420
NEW ORLEANS LA 70139

CASE NUMBER          ESTATE OF
03-49920   SPS   Debtor: TONY'S SPORTS INC.

Forty Five Dollars And 00/100

Bank of America, N.A.

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001006⑈ ⑆111000012⑆ 442920800⑈        ⑈0000004500⑈

⑈001006⑈ ⑆111000012⑆        ⑈442920800⑈ ⑈0000004500⑈

*111019993*
01/27/2010
7092381984

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

document production
Maxwell v. Fernandez

Bank of America, N.A. **BANK OF AMERICA, N.A.**   CHECK NUMBER
CUSTOMER CONNECTION   **1007**
ANDREW J. MAXWELL, TRUSTEE
32-1/110 TX
105 W. Adams   0
SUITE 3200          DATE          AMOUNT
CHICAGO, IL  60603   01/20/10   **********25.00

2027938

PAY TO THE ORDER OF
FNA Bank
7840 N. Milwaukee Ave.
Niles, IL 60714

CASE NUMBER          ESTATE OF
03-49920   SPS   Debtor: TONY'S SPORTS INC.

Twenty Five Dollars And 00/100

Bank of America, N.A.

RECEIVER/TRUSTEE/ DECTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001007⑈ ⑆111000012⑆ 442920800⑈

⑈001007⑈ ⑆111000012⑆        ⑈442920800⑈ ⑈0000002500⑈







*111019993*
09/10/2010
6192235934

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*77361205*
*1*
*1386*
*00001-00773*

[7100150421 3000034 4 09/09/2010

Full and Final Distribution %
(Claim#)

Bank of America, N.A. BANK OF AMERICA, N.A.
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

32-1/1110 TX

CHECK NUMBER 1008

| DATE | AMOUNT |
|---|---|
| 09/08/10 | *******3,620.11 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

2380219
PAY TO THE ORDER OF
ANDREW J. MAXWELL
105 W. Adams
SUITE 3200
CHICAGO, ILLINOIS 60603

*Three Thousand Six Hundred Twenty Dollars And 11/100*

Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001008⑈ ⑆111000012⑆ 4429208007⑈

⑈001008⑈ ⑆111000012⑆ ⑈4429208007⑈ ⑈0000362011⑈

*111019993*
09/10/2010
6192235929

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*77361205*
*1*
*1932*
*00002-00865*

[7100150421 3000033 8 09/09/2010

Full and Final Distribution %
(Claim#)

Bank of America, N.A. BANK OF AMERICA, N.A.
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

32-1/1110 TX

CHECK NUMBER 1011

| DATE | AMOUNT |
|---|---|
| 09/08/10 | ******40,837.24 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

2380222
PAY TO THE ORDER OF
MAXWELL LAW GROUP, LLC
105 WEST ADAMS
SUITE 3200
CHICAGO, IL 60603

*Forty Thousand Eight Hundred Thirty Seven Dollars And 24/100*

Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001011⑈ ⑆111000012⑆ 4429208007⑈

⑈001011⑈ ⑆111000012⑆ ⑈4429208007⑈ ⑈0004083724⑈

*111019993*
09/10/2010
6192235930

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*77361205*
*1*
*2192*
*00004-00785*

[7100150421 3000033 9 09/09/2010

Full and Final Distribution %
(Claim#)

Bank of America, N.A. BANK OF AMERICA, N.A.
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

32-1/1110 TX

CHECK NUMBER 1012

| DATE | AMOUNT |
|---|---|
| 09/08/10 | *********644.44 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

2380223
PAY TO THE ORDER OF
MAXWELL LAW GROUP, LLC
105 WEST ADAMS
SUITE 3200
CHICAGO, IL 60603

*Six Hundred Forty Four Dollars And 44/100*

Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001012⑈ ⑆111000012⑆ 4429208007⑈

⑈001012⑈ ⑆111000012⑆ ⑈4429208007⑈ ⑈0000064444⑈

*111019993*
09/17/2010
6292825232

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*43611614*
*1*
*78*
*00003-00557*

E710015042E 300003374 09/16/2010

Full and Final Distribution
(Claim#)

Bank of America, N.A. BANK OF AMERICA, N.A.
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

32-1/1110 TX
0

CHECK NUMBER 1014

| DATE | AMOUNT |
|---|---|
| 09/14/10 | **********38.23 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

2380225
PAY TO THE ORDER OF
ANDREW J. MAXWELL
105 W. Adams
SUITE 3200
CHICAGO, ILLINOIS 60603

*Thirty Eight Dollars And 23/100*

Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001014⑈ ⑆111000012⑆ 4429208007⑈

⑈001014⑈ 4⑆111000012⑆ ⑈4429208007⑈ ⑈0000003823⑈

*111019993*
09/23/2010
6482380082

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*46306323*
*1*
*2919*
*00002-00839*

E111000025E 6482380082 09/22/2010

Full and Final Distribution
(Claim#) 96 pro rata

Bank of America, N.A. BANK OF AMERICA, N.A.
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

32-1/1110 TX
0

CHECK NUMBER 1015

| DATE | AMOUNT |
|---|---|
| 09/14/10 | *********765.76 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

2380226
PAY TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
219 S. DEARBORN
CHICAGO IL

*Seven Hundred Sixty Five Dollars And 76/100*

Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001015⑈ ⑆111000012⑆ 4429208007⑈

⑈001015⑈ 4⑆111000012⑆ ⑈4429208007⑈ ⑈0000076576⑈

*111019993*
09/17/2010
6292825231

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*43611614*
*1*
*561*
*00001-00123*

E710015042E 300003372 09/16/2010

Full and Final Distribution
(Claim#)

Bank of America, N.A. BANK OF AMERICA, N.A.
ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

32-1/1110 TX
0

CHECK NUMBER 1017

| DATE | AMOUNT |
|---|---|
| 09/14/10 | *********431.23 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 03-49920 | SPS | Debtor: TONY'S SPORTS INC. |

2380228
PAY TO THE ORDER OF
MAXWELL LAW GROUP, LLC
105 WEST ADAMS
SUITE 3200
CHICAGO, IL 60603

*Four Hundred Thirty One Dollars And 23/100*

Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001017⑈ ⑆111000012⑆ 4429208007⑈

⑈001017⑈ 4⑆111000012⑆ ⑈4429208007⑈ ⑈0000043123⑈

*1110.9993*49920
09/17/2010
6292825230

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*43611614*
*1*
*2605*
*00004-00611*

Full and Final Distribution
(Claim#)

Bank of America, N.A. **BANK OF AMERICA, N.A.**
ANDREW J. MAXWELL, TRUSTEE    32-1/1110 TX
105 W. Adams                           0
SUITE 3200
CHICAGO, IL  60603

CHECK NUMBER
**1018**

DATE    AMOUNT
09/14/10    ***********6.81

2380229
PAY TO THE ORDER OF
MAXWELL LAW GROUP, LLC
105 WEST ADAMS
SUITE 3200
CHICAGO, IL 60603

CASE NUMBER    ESTATE OF
03-49920    SPS    Debtor: TONY'S SPORTS INC.

*Six Dollars And 81/100*
Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001018⑈ ⑆111000012⑆ 442920800⑈

---

*1110.9993*
10/16/2010
6382555452

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*81431864*
*1*
*2528*
*00002-00057*

Full and Final Distribution
(Claim#)

Bank of America, N.A. **BANK OF AMERICA, N.A.**
ANDREW J. MAXWELL, TRUSTEE    32-1/1110 TX
105 W. Adams                           0
SUITE 3200
CHICAGO, IL  60603

CHECK NUMBER
**1019**

DATE    AMOUNT
09/14/10    *******1,920.79

2380230
PAY TO THE ORDER OF
POPOWCER KATTEN, LTD.
35 E. WACKER DRIVE, SUITE 1550
CHICAGO, IL 60601

CASE NUMBER    ESTATE OF
03-49920    SPS    Debtor: TONY'S SPORTS INC.

*One Thousand Nine Hundred Twenty Dollars And 79/100*
Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001019⑈ ⑆111000012⑆ 442920800⑈

⑈001019⑈ ⑆111000012⑆ 442920800⑈ ⑈000192079⑈

---

*1110.9993*
01/19/2011
6382621520

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*10560841*
*1*
*2151*
*00010-00903*

Full and Final Distribution
(Claim#) #12
United States Trustee

Bank of America, N.A. **BANK OF AMERICA, N.A.**
ANDREW J. MAXWELL, TRUSTEE    32-1/1110 TX
105 W. Adams                           0
SUITE 3200
CHICAGO, IL  60603

CHECK NUMBER
**1020**

DATE    AMOUNT
01/14/11    **********78.94

2380288
PAY TO THE ORDER OF
521-CLERK OF THE US BANKRUPTCY CT

CASE NUMBER    ESTATE OF
03-49920    SPS    Debtor: TONY'S SPORTS INC.

*Seventy Eight Dollars And 94/100*
Bank of America, N.A.

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001020⑈ ⑆111000012⑆ 442920800⑈

⑈001020⑈ ⑆111000012⑆ 442920800⑈ ⑈0000007894⑈

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4429208007
01 01 148 06 M0000 E#      2
Last Statement:   12/31/2010
This Statement:   01/31/2011

ESTATE OF
TONY'S SPORTS INC.
ANDREW  J. MAXWELL - TRUSTEE
03-49920
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page      1 of      2

Bankruptcy Case Number:0349920

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 01/01/2011 - 01/31/2011 | Statement Beginning Balance | 79.76 |
| Number of Deposits/Credits          0 | Amount of Deposits/Credits | .00 |
| Number of Checks                    2 | Amount of Checks | 79.76 |
| Number of Other Debits              0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                2 | | |
| | Service Charge | .00 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1020 | 78.94 | 01/18 | 6382621520 | 1021 | .82 | 01/18 | 6382621521 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/31 | 79.76 | 79.76 | 01/31 | .00 | .00 |
| 01/18 | .00 | .00 | | | |